# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

_____

No. 16-70027
_____

MELISSA ELIZABETH LUCIO,

        Petitioner - Appellant

v.

LORIE DAVIS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL
JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION,

        Respondent - Appellee

_____

Appeal from the United States District Court
for the Southern District of Texas
_____

O R D E R:

Before the court is Melissa Lucio's opposed motion to appoint the Federal Public Defender for the Western District of Texas, Capital Habeas Unit ("FPDCHU") as co-counsel. State's counsel indicated "she was opposed to this request if it would entail any further extensions of time," and Lucio concluded "[h]ence they are opposed." Throughout the motion, references are made to the fact that the FPDCHU would need an extension of time if it joined as co-counsel. However, nowhere in the motion is there any reference to the amount of time needed or any request for additional time. It seems that the strategy is to request the joinder of the FPDCHU then have the FPDCHU request additional time.

The proceeding before this court has been pending for some eighteen months. Original counsel requested and received additional time to file an application for a certificate of appealability. Thereafter, the case had to be placed in abeyance due to proceedings involving original counsel and, ultimately, replacement counsel was appointed. That counsel, in turn, received an extension of time. The motion makes clear that co-counsel cannot join the case unless an extension of time is granted, stating: "Although the CHU is able to provide co-counsel to undersigned counsel, the Unit cannot be prepared to litigate Ms. Lucio's appeal under the current schedule." However, no explanation is given of the time required. While it is recognized that this is a death penalty case, it is also true that open-ended and never-ending delays are inappropriate in any case. Accordingly, this request cannot be granted in its current form.

IT IS ORDERED that the attorney motion to appoint the Federal Public Defender for the Western District of Texas, Capital Habeas Unit as co-counsel is denied without prejudice to its refiling.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION
OF A JUDGE OF THE COURT