

Matthew H. Frederick
Deputy Solicitor General

Matthew.Frederick@oag.texas.gov
(512) 936-6407

May 11, 2021

**Via CM/ECF**

Lyle W. Cayce, Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place, Suite 115
New Orleans, LA 70130-3408

    Re:    No. 16-70027, *Melissa Elizabeth Lucio v. Bobby Lumpkin, Director*

Dear Mr. Cayce:

    I write to advise the Court of my withdrawal as counsel for Appellee in the above-referenced case, effective May 14, 2021, as I am leaving employment with the Office of the Attorney General. Ari Cuenin will remain as counsel for Appellee, and Judd E. Stone II will enter a notice of appearance as lead counsel.

    Thank you for your assistance in this matter.

                                      Respectfully submitted.

                                      /s/ Matthew H. Frederick
                                      MATTHEW H. FREDERICK
                                      Deputy Solicitor General

cc: All counsel of record (via CM/ECF)