# United States Court of Appeals
# for the Fifth Circuit

---

No. 16-70027

---

MELISSA ELIZABETH LUCIO,

    *Petitioner—Appellant*,

*versus*

BOBBY LUMPKIN, *Director, Texas Department of Criminal Justice, Correctional Institutions Division*,

    *Respondent—Appellee*.

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 1:13-CV-125

---

Before OWEN, *Chief Judge*, and HIGGINBOTHAM,[1] JONES, SMITH, STEWART, DENNIS, ELROD, SOUTHWICK, HAYNES, GRAVES, HIGGINSON, COSTA, WILLETT, HO, DUNCAN, ENGELHARDT, and OLDHAM, *Circuit Judges*.[2]

---

[1] Judge Higginbotham states the following: I accept, as I must, the decision of my colleagues to not recall the court's mandate. To these eyes, this case is a systemic failure, producing a train of injustice which only the hand of the Governor can halt, a prosecution shadowed by the federal conviction of the prosecuting DA, now serving a 13-year federal sentence for selling his office over a time-period in which this indictment was returned.

[2] This case was submitted before Judge Wilson was confirmed to our court. Judge Wilson did not take part in the consideration or decision of this case.

Per Curiam:

IT IS ORDERED that Appellant's opposed motion to recall mandate is DENIED.[3]

---

[3] Judges Stewart, Dennis, Elrod, Haynes, and Higginson continue to conclude that the dissenting opinions in which they joined were correct and that habeas relief should have been granted, but, in light of the fact that a majority of the court has ruled to the contrary, they would not grant the motion to recall. Judges Graves would grant the motion to recall.